AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.     12-1227

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Elinich v. Discover Bank__
was received by me on *(date)* __March 9, 2012__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Certified Mail Return Receipt Requested__
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: __3/21/12__

__Ximone Ruy__ (Server's signature)

__McCullough Eisenberg, llc__
Printed name and title

__65 West Street Road__
__Warminster, PA 18974__
Server's address

Additional information regarding attempted service, etc:

Finien

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Discover Bank
12 Reads Way
New Castle, DE
19720

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X B Crawford    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7009 0820 0002 1122 0415

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7009 0820 0002 1122 0415

Sent To: Discover Bank
Street, Apt. No.; or PO Box No.: 12 Reads Way
City, State, ZIP+4: New Castle, DE 19720

PS Form 3800, August 2006    See Reverse for Instructions