

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Diana M. Elinich, individually and on behalf of all persons similarly situated,
          v.    Plaintiff,

Discover Bank, et al.
            Defendants.

FILED
MAR 30 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Civil Action
No: 2:12-01227-MSG

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Discover Bank and DB Servicing Corporation, defendants, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Discover Financial Services

March 29, 2012
Date

_____
Signature

Counsel for: Defendants Discover Bank and DB Servicing Corporation

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
    (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
    (2) states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
    (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2) promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that, on March 29, 2012, I caused a true and correct copy of the foregoing Disclosure Statement Form to be served upon all counsel of record via CM/ECF, and such document is available for viewing and downloading from the CM/ECF system.

                                        /s/ Burt. M. Rublin
                                        Burt M. Rublin